IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DAVISON DESIGN & DEVELOPMENT, )
INC., a Pennsylvania corporation; )
                                                                                )
            Plaintiff, )
                                                                                   )
vs. )        Case No. CIV-14-118-F
                                                                                  )
LEADVISION MEDIA, LLC, d/b/a )
Revenue Ads, an Oklahoma limited )
liability company, DOES 1-10, inclusive, )
                                                                                )
           Defendants. )

## **ORDER**

Before the Court is the Motion of Darren Cook [Dkt. 4] seeking the admission *pro hac vice* of Leeor Neta in this case. Pursuant to LCvR83.3(b) of the Local Rules of the United States District Court for the Western District of Oklahoma, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED and Leeor Neta is hereby admitted to practice before this Court *pro hac vice* as counsel for Plaintiff Davison Design & Development, Inc., provided that Mr. Neta submits his ECF registration form and files an entry of appearance, consistent with LCvR83.4.

DATED this 6th day of February, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0118p001.PO.wpd