**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LEADVISION MEDIA, LLC d/b/a REVENUEADS, et al.,<br><br>    Defendants. | No. CIV-14-118-F<br><br>The Honorable Stephen P. Friot |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

The undersigned counsel enters her appearance as counsel in this case for Defendant, LeadVision Media, LLC d/b/a RevenueAds. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Dated: May 16, 2014

Respectfully submitted,

*s/Judy Hamilton Morse*
Judy Hamilton Morse, OBA #6450
CROWE & DUNLEVY, P.C.
20 N. Broadway, Suite 1800
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
judy.morse@crowedunlevy.com

ATTORNEY FOR LEADVISION MEDIA, LLC D/B/A REVENUEADS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrant:

Darren R. Cook, attorney for Plaintiff
drc@darrenrcook.com

I further certify that on the 16th day of May, 2014, a true and correct copy of the foregoing document was mailed by first class mail, postage prepaid, to:

Leeor Neta
Newman Du Wors LLP
150 California Street, Suite 2100
San Francisco, CA  94111

John Du Wors
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101

*Attorneys for Plaintiff*

 s/ Judy Hamilton Morse
Judy Hamilton Morse