# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LEADVISION MEDIA, LLC d/b/a REVENUEADS, et al.,<br><br>　　　　　　Defendants. | Case No. CIV-14-118-F |

## **ORDER**

Upon consideration of Defendant LeadVision Media, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint, and for good cause shown, IT IS HEREBY ORDERED that Defendant LeadVision Media, LLC d/b/a RevenueAds shall file its response to plaintiff's complaint on or before May 27, 2014.

So ORDERED this 16th day of May, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0118p003.PO.wpd