# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., a Pennsylvania corporation;<br><br>Plaintiff,<br><br>v.<br><br>LEADVISION MEDIA, LLC, d/b/a Revenue Ads, an Oklahoma limited liability company,<br><br>Defendant. | Case No. CIV-14-118-F<br><br>The Honorable Stephen P. Friot |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

The undersigned counsel enters his appearance as counsel in this case for Plaintiff, Davison Design & Development, Inc. I certify that I am admitted to practice in this Court *Pro Hac Vice*, and am registered to file documents electronically with this Court.

Dated: May 19, 2014

Respectfully submitted,

s/ Leeor Neta
Leeor Neta (*pro hac vice*)
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone: (415) 944-5422
Fax: (415) 944-5423
leeor@newmanlaw.com

Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrants:

Darren R. Cook, attorney for Plaintiff
drc@darrenrcook.com

Judy Hamilton Morse, attorney for Defendant
judy.morse@crowedunlevy.com

I further certify that on May 19, 2014, a true and correct copy of the foregoing document was mailed by US Mail to:

Ari N. Rothman
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004

Kristin M. Koger
Venable LLP
One Church Street, Fifth Floor
Rockville, MD 20850

Attorneys for Defendant

                                                  s/ Lindsey Rowson